IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 23-1754 |
| v. | ) |
| | ) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On June 10, 2024, the Magistrate Judge issued a Report (ECF No. 38) recommending that Plaintiff's Motion for a Temporary Restraining Order be denied (ECF No. 10). Objections to the Report and Recommendation were due by June 27, 2024. As of July 9, 2024, no Objections have been filed.

After de novo review of Plaintiff's Motion and the Magistrate Judge's Report and Recommendation, the Court finds that the Report and Recommendation will be adopted as the opinion of the Court, and Plaintiff's Motion for a Temporary Restraining Order will be denied

Accordingly, the following Order is hereby entered.

AND NOW, this 9th day of July 2024 it is hereby ORDERED that the Report and Recommendation, ECF No. 38, filed on June 10, 2024, is adopted as the Opinion of this Court.

IT IS FURTHER ORDERED that Anthony Carter's Motion for a Temporary Restraining Order (ECF No. 10) is DENIED.

/s *Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

ANTHONY CARTER, pro se
No. 18412023
Westmoreland County Prison
3000 South Grande Blvd.
Greensburg, PA 15601              \