IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY CARTER,<br><br>      **Plaintiff,**<br><br>v.<br><br>ALLEGHENY COUNTY,<br>COMMONWEALTH OF PA, FAYETTE<br>COUNTY, FAYETTE COUNTY<br>EXECUTIVE,  DISTRICT ATTORNEY<br>RICH BOWERS, WARDEN JOHN<br>LENVEY, STATE TROOPER JOHN<br>DOE's #1-#7, JANE DOE, and<br>UNIONTOWN HOSPITAL WVU<br>MEDICINE,<br><br>      **Defendants.** | Civil Action No. 23-1754 |

## MEMORANDUM ORDER

The case was referred to Magistrate Judge Maureen P. Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.  Magistrate Judge Kelly issued a Report and Recommendation filed January 16, 2025, recommending that this action be dismissed for failure to prosecute.  ECF No. 50.  Plaintiff Anthony Carter was informed that in accordance with 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, that objections to the Report and Recommendation were due by February 3, 2025.  No Objections have been filed.  After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

2

AND NOW, this 5th day of March 2025,

IT IS ORDERED that the Report and Recommendation, ECF No. 50, filed on January 16, 2025, by Magistrate Judge Kelly, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that this action is dismissed for failure to prosecute.

The Clerk shall mark this case closed.

 s/*Marilyn J. Horan*  
Marilyn J. Horan  
United States District Court Judge

ANTHONY CARTER, pro se  
No. 18412023  
Westmoreland County Prison  
3000 South Grande Blvd.  
Greensburg, PA 15601